from Sup. Ct. Ill. dismissed for want of substantial federal question. JUSTICE WHITE, JUSTICE STEVENS, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 85–330. GLENWOOD T. V., INC., ET AL. v. RATNER, COMMISSIONER, DEPARTMENT OF CONSUMER AFFAIRS OF THE CITY OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–375. LUPERT v. CALIFORNIA STATE BAR ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–278. HUTTO, INDIVIDUALLY AND AS STATE CORRECTIONS COMMISSIONER, ET AL. v. JONES ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to dismiss the appeal for want of a final judgment. *Liberty Mutual Ins. Co.* v. *Wetzel,* 424 U. S. 737, 742–745 (1976).

No. 85–172. CATALDO v. MESKILL, JUDGE, UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT. C. A. 2d Cir. Certiorari dismissed for want of jurisdiction.

No. — — ——. DEAN v. UNITED STATES. Motion to direct the Clerk to waive the Rules and file the petition for writ of certiorari denied.

No. A–232 (85–5403). HANDLEY ET AL. v. UNITED STATES. C. A. 11th Cir. Application to recall and stay mandate, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–497. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 471 U. S. 1133.]

No. D–505. IN RE DISBARMENT OF HURD. Disbarment entered. [For earlier order herein, see 472 U. S. 1024.]